IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHLEEN P. CHUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-0776 |
| | ) | Judge Trauger |
| MONTGOMERY COUNTY | ) | Magistrate Judge Knowles |
| SHOOTING COMPLEX, et al., | ) | |
| (OWNERS-OPERATORS), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Magistrate Judge's November 29, 2012 Report and Recommendation (Docket No. 23) is **REJECTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

It is so Ordered.

Enter this 25th day of February 2013.

_____
ALETA A. TRAUGER
United States District Judge

1